IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JOHN SCOTT TURBEVILLE, | ) |
|     Plaintiff, | ) |
| v. | ) No. 1:12-cv-00061 |
| CAROLYN W. COLVIN, | ) Judge Nixon |
| Acting Commissioner of Social Security, | ) Magistrate Judge Griffin |
|     Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff John Scott Turbeville's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 14), filed with a Brief in Support (Doc. No. 15). Defendant Commissioner of Social Security filed a Response opposing Plaintiff's Motion. (Doc. No. 16.) Subsequently, Magistrate Judge Griffin issued a Report and Recommendation ("Report") recommending that the Motion be denied. (Doc. No. 21 at 21.) The Report was filed on November 3, 2014, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the Commissioner's decision. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 17 day of November, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT